UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

ST LIBERTY, LLC

Plaintiff,

vs

MIGUEL A. TORRES & SUSAN R. TORRES,

Defendants.

CASE NO.:

**COMPLAINT**

COMES NOW, Plaintiff, ST LIBERTY LLC ("ST"), by and through its undersigned Counsel, and files this, its Complaint against the Defendants MIGUEL A. TORRES and SUSAN R. TORRES ("Defendants"), *in personam*, and would allege as follows:

**PARTIES, JURSIDICTION & VENUE**

1. This is admiralty and maritime action within the meaning of Rule 9(h). This Court has subject matter jurisdiction pursuant to 46 U.S.C. §31325, the Ship Mortgage Act.

2. ST is a Florida limited liability company with its principal business address at 1560 Sawgrass Corporate Parkway, 4th Floor, Fort Lauderdale, FL 33323.

3. Defendants MIGUEL A. TORRES and SUSAN R. TORRES are the former owners of a 2004 46' Sunseeker Portofino Motor Yacht, Official Number 1190550 ("*M/Y Nadine*"), and are believed to reside at 5936 SW 42nd Street, Miami, FL 33155. Defendants granted ST a first preferred ship mortgage on the *M/Y Nadine.*

4. The United States District Court for the Southern District of Florida, Miami Division (the "District Court"), has jurisdiction and venue over this action where the breach of the Ship Mortgage, including failure to make payments, occurred in the Southern District of Florida and where Defendants reside in the District.

## GENERAL ALLEGATIONS

5. On or about March 4, 2024, ST entered into a Note, Disclosure and Security Agreement with MIGUEL A. TORRES and SUSAN R. TORRES [collectively "Borrowers"] for the principal amount of $70,164.44. A true and correct copy of the Note, Disclosure and Security Agreement with Addendum ("Note") is attached hereto as **EXHIBIT "A."**

6. As security for the monies advanced pursuant to the Note, on March 4, 2024, Borrowers assigned ST a preferred U.S. ship mortgage on the *M/Y Nadie,* a 2004 46' Sunseeker Portofino Motor Yacht, Official Number 1190550 ("Vessel"). A true and correct copy of the original Preferred Ship Mortgage is attached hereto as **EXHIBIT "B."** The Mortgage was originally duly and validly recorded with the United States Coast Guard National Vessel Documentation Center on April 11, 2022 at 3:03 PM at Batch 105891400, Doc. ID 6.

7. The Assignment of Mortgage to ST was duly and validly recorded with the United States Coast Guard's National Vessel Documentation Center on January 7, 2025, 2:51 PM at Batch 140029500, Doc. I.D. 3. A true and correct copy of the Assignment of Mortgage is attached hereto as **EXHIBIT "C."**

8. Borrowers defaulted on the loan by failure to make installment payments in the amount of $1,980.39 due on November 4, 2024 and December 4, 2024.

9. On December 23, 2024, ST provided written Notice of Acceleration to Borrowers. See Notice of Acceleration attached hereto as **EXHIBIT "D."**

10. On the same date, having repossessed the Vessel pursuant to the Uniform Commercial Code and Florida law, ST send Borrowers a "Notice of Our Plan to Sell Property." A true and correct copy is attached hereto as **EXHIBIT "E."**

11. The Vessel was sold in a commercially reasonable manner on or about May 2, 2025 for the gross amount of $49,500.00. After taking into account, the reasonable costs of repossession and sale, Borrowers owe a deficiency balance, as of May 2, 2025, of $37,002.52 plus per diem interest thereafter in the amount of $25.33. See Final Accounting – Sale of Property dated May 27, 2025 and attached hereto as **EXHIBIT "F."**

12. ST has retained undersigned Counsel and is entitled to the recovery of its reasonable attorney's fees, costs, and expenses from Borrowers pursuant to the terms of the Note and Mortgage. *See, EXHIBIT "A," Collection Expenses and Attorney's Fees at Page 4 of 10. See also, EXHIBIT "B."*

13. ST has satisfied all conditions precedent to bringing the instant lawsuit.

**COUNT I: BREACH OF CONTRACT AGAINST MIGUEL A. TORRES**

14. ST realleges and re-avers the allegations contained in paragraphs 1-13 above as if fully set forth herein.

15. MIGUEL A. TORRES had a contractual obligation to make installment payments as agreed pursuant to the terms of the Note and Mortgage.

16. MIGUEL A. TORRES breached his contractual duty to make installment payments as agreed where he failed to make installment payments in the amount of $1,980.39 due on November 4, 2024 and December 4, 2024.

17. As a result of MIGUEL A. TORRES's breach, ST has suffered damages. As of May 2, 2025, Plaintiff is owed $37,002.52 plus per diem interest thereafter in the amount of $25.33

through the date of judgment, plus costs, any other expenses, post-judgment interest and attorney's fees.

18. ST has been required to retain undersigned counsel to prosecute this action. ST is entitled to its reasonable attorney's fees, repossession charges, expenses and costs pursuant to the terms of the Note and Mortgage.

**COUNT II: BREACH OF CONTRACT AGAINST SUSAN R. TORRES**

19. ST realleges and re-avers the allegations contained in paragraphs 1-13 above as if fully set forth herein.

20. SUSAN R. TORRES had a contractual obligation to make installment payments as agreed pursuant to the terms of the Note and Mortgage.

21. SUSAN R. TORRES breached her contractual duty to make installment payments as agreed where she failed to make installment payments in the amount of $1,980.39 due on November 4, 2024 and December 4, 2024.

22. As a result of SUSAN R. TORRES's breach, ST has suffered damages. As of May 2, 2025, Plaintiff is owed $37,002.52, plus per diem interest thereafter through the date of judgment in the amount of $25.33, plus costs, any other expenses, post-judgment interest and attorney's fees.

23. ST has been required to retain undersigned counsel to prosecute this action. ST is entitled to its reasonable attorney's fees, repossession charges, expenses and costs pursuant to the terms of the Note and Mortgage.

WHEREFORE, ST demands judgment against Borrowers, jointly and severally (as of May 2, 2025) in the amount of $37,002.52, plus per diem interest thereafter through the date of judgment in the amount of $25.33, plus costs, any additional expenses, post-judgment interest and attorney's fees and for such other relief as the Court deems appropriate.

Respectfully submitted,

/s Adam B. Cooke

Adam B. Cooke
Fla. Bar No. 634182
Email: acooke@fowler-white.com

Robert D. McIntosh
Fla. Bar No. 115490
Email: rmcintosh@fowler-white.com

FOWLER WHITE BURNETT, P.A.
200 East Las Olas Boulevard
Suite 2000 - Penthouse B
Fort Lauderdale, Florida 33301
Telephone: (954) 377-8100
Facsimile: (954) 377-8101